AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

*for the*

## District of Arizona

FRANCK OLIVIER NANIE,

Plaintiff,

v.

INTEL CORPORATION,

Defendant.

Civil Action No. CV26-07617-PHX-MTL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Intel Corporation
c/o CT Corporation System, Statutory Agent
3800 North Central Avenue, Suite 460
Phoenix, Arizona 85012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Franck Olivier Nanie
1001 W. Macaw Drive
Queen Creek, Arizona 85140
(602) 919-4860
fnanie@gmail.com
Plaintiff, appearing without counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ______________________

______________________
*Signature of Clerk or*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ISSUED ON 9:07 am, Oct 22, 2026**

**s/ Daniel R. McAllister, Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. ____________________

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ________________________________________

was received by me on *(date)* ____________________.

❑ I personally served the summons on the individual at *(place)*
__________________________________________ on *(date)* ____________________; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
____________________________, a person of suitable age and discretion who resides there, on *(date)*
____________________, and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* __________________________________, who is designated by law to accept service of process on behalf of *(name of organization)*
__________________________________ on *(date)* ____________________; or

❑ I returned the summons unexecuted because __________________________________________; or

❑ Other *(specify)*: ________________________________________________________________.

My fees are $____________ for travel and $____________ for services, for a total of $____________.

I declare under penalty of perjury that this information is true.

Date: ______________________

______________________________________
*Server's signature*

______________________________________
*Printed name and title*

______________________________________
*Server's address*

Additional information regarding attempted service, etc: