Franck Olivier Nanie
1001 W. Macaw Drive
Queen Creek, Arizona 85140
(602) 919-4860
fnanie@gmail.com
Plaintiff, appearing without an attorney

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 2 3 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| FRANCK OLIVIER NANIE,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | No. CV26-07617-PHX-MTL<br><br>**MOTION TO ALLOW ELECTRONIC FILING BY A PARTY APPEARING WITHOUT AN ATTORNEY, AND SUPPORTING INFORMATION** |

I, Franck Olivier Nanie, declare that I am the Plaintiff representing myself in this action; that I hereby request permission to electronically file and serve my documents. I state that, upon a showing of good cause below, I am able to comply with the equipment and rule requirements governing electronic filing.

Good cause. I live in Queen Creek, Arizona. I have filed and served every document in this action in paper form, as LRCiv 5.5(d) requires of a party appearing without an attorney absent an order of the Court. Defendant was served on October 22, 2026, so a response is due November 12, 2026 and motion practice, a Rule 26(f) conference and a Rule 16 scheduling conference will follow. Granting this request would allow me to file and serve on the same day a document is signed, would give the Court and the parties an electronic record rather than paper for scanning, and would

reduce delay and expense on both sides. I am not asking to be relieved of any rule. I am asking to comply with the same electronic requirements that apply to counsel.

In further support of this application, I answer the following questions:

**A. Type of personal computer and related software and equipment available for use:**

- Personal computer running a standard platform such as Windows or Mac OS
- Word processor such as Microsoft Word that can export to PDF
- Internet access (high speed is recommended)
- Web browser (current versions of MS Edge, Google Chrome, Mozilla Firefox or Safari)
- PDF conversion software
- Scanner for paper exhibits or other supporting documents which exist only in paper
- Adobe Acrobat Reader or other PDF viewer for viewing electronically filed documents

I have each of the items listed above.

**B. Do you have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions?**

**Yes.**

**C. Are you currently or will you be a subscriber to PACER (Public Access to Court Electronic Records)?**

**Yes.**

**D. Have you read and become familiar with the District of Arizona's CM/ECF Administrative Policies and Procedures Manual?**

**Yes.**

**E. Are you able to comply with all the requirements, including the electronic submission of documents in .pdf, of the District of Arizona's CM/ECF Administrative Policies and Procedures Manual?**

**Yes.**

**F. Are you able to comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002?**

**Yes.**

I understand that if this Motion is granted I must register as a user with the Clerk's Office within five days of the date of the Order, register as a subscriber to PACER within five days of the date of the Order, and comply with all rules in the District of Arizona's Case Management and Electronic Case Filing Administrative Policies and Procedures Manual. I understand that any misuse of the CM/ECF system will result in immediate discontinuation of the privilege and disabling of the account.

A proposed form of Order is lodged with this Motion.

DATED this 23rd day of October, 2026.

Franck Olivier Nanie

Plaintiff, appearing without an attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

FRANCK OLIVIER NANIE,
Plaintiff,
v.
INTEL CORPORATION,
Defendant.

No. CV26-07617-PHX-MTL

**ORDER**

The Court has considered the Motion to Allow Electronic Filing by a Party Appearing Without an Attorney, and Supporting Information.

IT IS ORDERED granting the Motion to Allow Electronic Filing by a Party Appearing Without an Attorney in this case only.

Plaintiff is required to comply with all rules outlined in the District of Arizona's Case Management and Electronic Case Filing Administrative Policies and Procedures Manual, to have access to the required equipment and software, to have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions, to be able to electronically transmit documents to the Court in .pdf, to complete the form to register as a user with the Clerk's Office within five days of the date of this Order, to register as a subscriber to PACER within five days of the date of this Order, and to comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002.

Any misuse of the CM/ECF system will result in immediate discontinuation of this privilege and disabling of the account.

DATED this ______ day of ____________________, 2026.

______________________________________
Michael T. Liburdi
United States District Judge

Franck Olivier Nanie
1001 W. Macaw Drive
Queen Creek, Arizona 85140
(602) 919-4860
fnanie@gmail.com
Plaintiff, appearing without an attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| FRANCK OLIVIER NANIE,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | No. CV26-07617-PHX-MTL<br><br>**CERTIFICATE OF SERVICE** |

I certify that on October 23, 2026 I served a copy of the **Motion to Allow Electronic Filing by a Party Appearing Without an Attorney, and Supporting Information**, and the proposed form of Order lodged with it, on the following, by United States first class mail, postage prepaid, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C):

Intel Corporation

2200 Mission College Boulevard

Santa Clara, California 95054

**Defendant.** Defendant was served with the Summons and Complaint on October 22, 2026 and no attorney has appeared on its behalf in this action.

No other party has appeared in this action.

DATED this 23rd day of October, 2026.

Franck Olivier Nanie ______________________________

Plaintiff, appearing without an attorney