# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Franck Olivier Nanie,

Plaintiff,

v.

Intel Corporation,

Defendant.

No. CV-26-07617-PHX-MTL

**ORDER**

**IT IS ORDERED granting** Plaintiff Franck Olivier Nanie's motion to allow electronic filing by a party appearing without an attorney (Doc. 9) in this case only. Plaintiff is required to comply with all rules outlined in the District of Arizona's Case Management/Electronic Case Filing Administrative Policies and Procedures Manual, have access to the required equipment and software, have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions, be able to electronically transmit documents to the court in .pdf, complete the necessary forms to register as a user with the Clerk's Office within five days of the date of this Order (if not already on file), register as a subscriber to PACER (Public Access to Electronic Records) **within five days of the date of this Order** (if this has not already occurred), and comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002.

Any misuse of the ECF system will result in immediate discontinuation of this privilege and disabling of the password assigned to the party.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide a copy of this Order to the Attorney Admissions/Admin Clerk.

Dated this 26th day of October, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge