Paul E. Smith (#038254)
Isabella Stoutenburg (#038642)
**ASHURST PERKINS COIE US LLP**
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: +1.602.351.8000
Facsimile: +1.602.648.7000
paul.smith@ashurstperkins.com
bella.stoutenburg@ashurstperkins.com
DocketPHX@perkinscoie.com

*Attorneys for Defendant Intel Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Franck Olivier Nanie,<br><br>Plaintiff,<br><br>v.<br><br>Intel Corporation,<br><br>Defendant. | No. 2:26-cv-07617-PHX-MTL<br><br>**DEFENDANT INTEL CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Intel Corporation declares that it is a publicly-held corporation. It has no parent corporation, and no publicly-held corporation owns 10% of more of its stock.

Dated: October 26, 2026

**ASHURST PERKINS COIE US LLP**

By: /s/ Isabella Stoutenburg
Paul E. Smith (#038254)
Isabella Stoutenburg (#038642)
2525 E. Camelback Road, Suite 500
Phoenix, AZ 85016-4227
paul.smith@ashurstperkins.com
bella.stoutenburg@perkinscoie.com

*Attorneys for Defendant Intel Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2026, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

I hereby certify that on October 27, 2026, I served the attached document by first class mail on the following, who are not registered participants of the CM/ECF System:

Franck Olivier Nanie
1001 W. Macaw Drive
Queen Creek, AZ 85140
602.919.4860
fnanie@gmail.com

*s/ Amy Robinson-Allen*